**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

PETER CHAPPA,

    Petitioner,

v.                                             CASE NO. 8:04-CV-1688-T-30EAJ
                                                               8:01-CR-443-T-30EAJ

UNITED STATES OF AMERICA,

    Respondent.

_____/

**O R D E R**

This matter comes before the Court upon Petitioner's Motion to Obtain Copies of All Documents Filed in This Process as Set Forth Under 28 U.S.C. § 2250 (Dkt. 21). Petitioner argues that the Court should furnish him a copy of his § 2255 motion, the Government's response, "and any other pertinent documents filed in this matter."

Petitioner does not meet the criteria for receiving records at government expense under § 2250 because he has not "prosecute[d] the application *in forma pauperis*." 28 U.S.C. § 2250.

Petitioner can obtain photocopies of documents contained in the Court file from the Clerk of Court for a fee of 50 cents per page. Petitioner must also provide a self-addressed envelope with prepaid postage with his request for copies to cover the expense of mailing the documents to him.

UPON consideration, the Court **ORDERS** that Petitioner's Motion to Obtain Copies of All Documents Filed in This Process as Set Forth Under 28 U.S.C. § 2250 (Dkt. 21) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on August 31, 2005.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

SA:jsh